# PRITCHARD, McCALL & JONES, L.L.C.
### ATTORNEYS AT LAW

1210 FINANCIAL CENTER
505 20TH STREET NORTH
BIRMINGHAM, ALABAMA 35203-4662

TELEPHONE (205) 328-9190
FACSIMILE (205) 458-0035

SINCE 1913

James G. Henderson
jamesh@pm-j.com

July 10, 2022

Clerk of the Court
U. S. Bankruptcy Court
Northern District of Alabama
Southern Division
Birmingham, Alabama

    RE:   *Zachary R. Martin and Anna S. Martin*
            *Chapter 12 Bankruptcy Case No.: 24-02024-TOM7*

Dear Clerk:

Please be advised that due to a conflict, I must reject the Trustee Appointment in the above referenced case. I certainly appreciate your assistance. If you should have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                James G. Henderson
                                Chapter 7 Bankruptcy Trustee

JGH/mlr