# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ZACHARY R. MARTIN and | ) | BANKRUPTCY CASE NO: |
| ANNA S. MARTIN, | ) | 24-02024-TOM-7 |
| | ) | |
| Debtors. | ) | |

## MOTION FOR RULE 2004 EXAMINATION

**COMES NOW,** André Toffel, Trustee of the above styled case and moves for examination pursuant to Bankruptcy Rule 2004 of Amazon Capital Services. In support of this motion, Trustee would show this court as follows:

1. There are various transactions between Amazon Capital Services and the debtors that need to be investigated.

WHEREFORE, Premises Considered, Trustee prays this court will enter an order requiring Amazon Capital Services to produce within twenty days of the date of the Order granting this motion the following documents to: William Dennis Schilling, 2326 Highland Avenue South, Birmingham, AL 35205:

1. Any and all documents regarding liens, financial statements or applications as regards any loans since January 1, 2020, to either:

    a. ZRM Enterprises, LLC; or

    b. Woodturners Wonders, LLC; or

    c. Retail Wiz, LLC; or

    d. MMST, LLC; or

    e. Zachary R. Martin; or

    f. Anna S. Martin

Trustee prays for such further and additional relief as this court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, Alabama 35255
(205) 328-0464
schillinglawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 7th day of August 2024.

Amazon Capital Services
410 Terry Avenue North
Seattle, WA 98109-5210

/s/William Dennis Schilling
Of counsel